UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Corey Isaacson,

      Petitioner,

v.                                                      Case No. 14-cv-4592 (JNE/JSM)
                                                      ORDER

State of Minnesota, et al.,

      Defendants.

On January 8, 2016, the Honorable Janie S. Mayeron, United States Magistrate Judge, signed a Report and Recommendation recommending dismissing Petitioner Corey Isaacson's habeas corpus action with prejudice. Isaacson asked for an extension of time to object to the Report and Recommendation. The Court gave Isaacson until April 18, 2016 to file an objection. That date has passed, and Isaacson has not filed an objection. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation.

      IT IS THEREFORE ORDERED THAT:

1. The Report and Recommendation [Docket No. 46] is ADOPTED.
2. Petitioner's amended petition for writ of habeas corpus [Docket No. 25] is DENIED.
3. Petitioner's motion to amend his petition to change the listed Respondent [Docket No. 48] is DENIED as moot.
4. This action is DISMISSED WITH PREJUDICE.
5. No certificate of appealability is issued.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 26, 2016

                                                                         s/Joan N. Ericksen
                                                                         JOAN N. ERICKSEN
                                                                         United States District Judge